**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NANSIK HWANG,<br><br>     Petitioner,<br><br> v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>     Respondent. | No. 06-73383<br><br>Agency No. A072-970-149<br><br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 27, 2011[**]

Before:  SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

  Nansik Hwang, a native and citizen of South Korea, petitions for review of

the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252.

---

  [*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

  [**] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

We review de novo questions of law, *Kim v. Holder*, 603 F.3d 1100, 1102 (9th Cir. 2010), and we deny the petition for review.

The BIA did not err in concluding that Hwang was ineligible for a waiver of inadmissibility under 8 U.S.C. § 1182(k) where she never possessed an immigrant visa. *See Kyong Ho Shin v. Holder*, 607 F.3d 1213, 1219 (9th Cir. 2010) (to be eligible for a waiver under 8 U.S.C. § 1182(k) an alien must possess an immigrant visa).

Hwang's remaining contention is not persuasive.

**PETITION FOR REVIEW DENIED.**